Merck & Co.